**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SCOTT ANTHONY LONG** **PETITIONER**

**v.** **No. 1:25-CV-121-RPC-RP**

**BURL CAIN** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED without prejudice** as moot and for failure to exhaust state remedies.

**SO ORDERED**, this, the 24th day of September, 2026.

Robert P. Chamberlin

**UNITED STATES DISTRICT JUDGE**