**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SCOTT ANTHONY LONG** **PETITIONER**

**v.** **No. 1:25-CV-121-RPC-RP**

**BURL CAIN** **RESPONDENT**

**CERTIFICATE OF APPEALABILITY**

The Court has entered a final judgment in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241, or the final order in a proceeding under 28 U.S.C. § 2255. The Court, considering the record in the case and the requirements of Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), finds that **a certificate of appealability should not issue.**

For the reasons stated in its Opinion, the Court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." ***Barefoot v. Estelle***, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 77 L. Ed. 2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c) (1) and (2). Specifically, the Court finds, for the reasons set forth in its Memorandum Opinion and Final Judgment, that the instant petition for a writ of *habeas corpus* should be **DISMISSED without prejudice**.

**SO ORDERED**, this, the 24th day of September, 2026.

Robert P. Chamberlin

**UNITED STATES DISTRICT JUDGE**